

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Colorado TBM
(State)

Case number (if known) 24-12610 TBM    Chapter 11

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mastino Management, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 2 - 4 4 7 9 0 0 2

4. **Debtor's address**

**Principal place of business**

10450 S. Progress Way, Unit 101
Number    Street

_____

Parker            CO      80134
City              State   ZIP Code

Douglas
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City              State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City              State   ZIP Code

5. **Debtor's website (URL)**    _____

| Debtor | Mastino Management, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Mastino Management, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  Kimberly Marie Bacon _____  Relationship  Owner _____

District  Colorado _____  When  05/15/2024
                                         MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number       Street

_____

_____
City                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

Debtor   **Mastino Management, Inc.**
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| **13.** Debtor's estimation of available funds | *Check one:* | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14.** Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16.** Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **5/15/2024**
                     MM / DD / YYYY

✗  *Rick L Bacon*                                    *Rick L Bacon*
Signature of authorized representative of debtor            Printed name

Title  **OWNER**

Debtor  Mastino Management, Inc.                                    Case number (if known)
         _____
         Name

18. **Signature of attorney**     ✗ _____     Date  05/14/2024
                                    Signature of attorney for debtor              MM    / DD  / YYYY

                                    Joseph O'Keefe
                                    _____
                                    Printed name
                                    Baker Law Group, LLC
                                    _____
                                    Firm name
                                    8301 E. Prentice Ave, Ste. 405
                                    _____
                                    Number      Street
                                    Greenwood Village                     CO          80111
                                    _____      _____     _____
                                    City                                  State       ZIP Code

                                    303-862-4564                          joseph@jbakerlawgroup.com
                                    _____      _____
                                    Contact phone                         Email address

                                    52229                                 CO
                                    _____      _____
                                    Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets                                                          $ 197,660.00 _____

b. Total debts (including debts listed in 2.c., below)    $ 3,602,460.02 _____

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | _____ |

d. Number of shares of preferred stock                    _____

e. Number of shares common stock                          _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business: Debtor is a property HOA management company
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Rick Mastino - 51% and Kimberly Mastino - 49%
_____
_____

Fill in this information to identify the case:

Debtor name  Mastino Management, Inc.

United States Bankruptcy Court for the: _____  District of  Colorado
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $_____ |
| For prior year: | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ |
| For the year before that: | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 817,122 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   Mastino Management, Inc.
_____   Case number (if known) _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 Villages at Parker<br>Creditor's name<br>10450 S. Progress Way, Ste. 100<br>Street<br><br>Parker          CO 80134<br>City          State     ZIP Code | 03/01/2024<br><br><br><br>05/01/2024 | $ 20,145.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Office Rent |
| 3.2 Headway Capital, LLC<br>Creditor's name<br>175 W. Jackson Blve., Ste 1000<br>Street<br><br>Chicago          IL     60604<br>City          State     ZIP Code | 03/01/2024<br><br>05/01/2024 | $ 18,940.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 _____<br>Insider's name<br>_____<br>Street<br>_____<br>City     State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |
| 4.2 _____<br>Insider's name<br>_____<br>Street<br>_____<br>City     State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |

Debtor    Mastino Management, Inc.
Name

Case number (*if known*)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 5.2 | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–_ _ _ _ | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Traditions Filing 1-7 Master Assoc | Breach of Contract | Arapahoe County District Court<br>Name<br>Street 7325 S. Potomac Street<br>Centennial   CO 80112<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>2022CV031517 | | | |
| 7.2 | **Case title**<br>Villas at Meridian | Breach of Contract | **Court or agency's name and address**<br>Arapahoe County District Court<br>Name<br>Street 7325 S. Potomac Street<br>Centennial   CO   80112<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>2021CV30318 | | | |

Debtor _____Mastino Management, Inc._____     Case number (if known)_____
                 Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State    ZIP Code | | Street |
| | Date of order or assignment | City          State    ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1  Recipient's name | | | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2  Recipient's name | | | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

Debtor   Mastino Management, Inc.
         _____       Case number (if known)_____
         Name

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|      | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. | Baker Law Group | | 05/01/2024 | $ 10,000.00 |
|      | **Address** | Legal Services for Bankruptcy | | |
|      | 8301 E. Prentice Ave., Ste 405<br>Street | | | |
|      | Greenwood Village      CO      80111<br>City      State      ZIP Code | | | |
|      | **Email or website address**<br>www.jbakerlawgroup.com | | | |
|      | **Who made the payment, if not debtor?** | | | |
|      | | | | |

|      | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.2. | | | | $ _____ |
|      | **Address** | | | |
|      | Street | | | |
|      | City      State      ZIP Code | | | |
|      | **Email or website address** | | | |
|      | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|      | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|------|-------------------------|-----------------------------------|---------------------------|-----------------------|
|      | | | | $ _____ |
|      | **Trustee** | | | |

Debtor  Mastino Management, Inc.
        Name                                    Case number (if known)_____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City _____ State ____ ZIP Code ____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | Who received transfer? | _____ | _____ | $_____ |
| 13.2 | _____ | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ____ ZIP Code ____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1 | 6205 S. Main Street, Ste D275 | | | From 02/14/2016 | To 04/30/2023 |
| | Street | | | | |
| | Aurora | CO | 80016 | | |
| | City | State | ZIP Code | | |
| 14.2 | _____ | | | From _____ | To _____ |
| | Street | | | | |
| | _____ | | | | |
| | City | State | ZIP Code | | |

Debtor    Mastino Management, Inc.
Name                                                    Case number (if known)_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City        State        ZIP Code | | ☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2 | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City        State        ZIP Code | | ☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Names and addresses of homeowners within represented locations

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor  Mastino Management, Inc.
        Name

Case number (if known)_____

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Citywide Banks<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX– 7043 __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 04/2023 | $ 13,185.78 |
| 18.2. | Community Banks of Colorado<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX– 3015 __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 05/2024 | $ 1500 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br><br>City    State    ZIP Code | <br><br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br><br>City    State    ZIP Code | <br><br><br>Address | | ☐ No<br>☐ Yes |

---

| Debtor | Mastino Management, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|----------------------------|-------|
|                          |                          |                            | $_____ |
| Name                     |                          |                            |       |
| Street                   |                          |                            |       |
| City          State          ZIP Code |       |       |       |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| Case number | Name                            |                    | ☐ On appeal |
|            | Street                           |                    | ☐ Concluded |
|            | City          State          ZIP Code |          |         |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|
|                       |                                     |                             | _____ |
| Name                  | Name                                |                             |       |
| Street                | Street                              |                             |       |
| City      State      ZIP Code | City      State      ZIP Code |              |       |

---

Debtor   Mastino Management, Inc.
_____
Name

Case number (if known)_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | City        State        ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | City        State        ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | City        State        ZIP Code | | From _____   To _____ |

Debtor    Mastino Management, Inc.
          _____          Case number (if known)_____
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Seed Money Consulting - Shahab Maslehati | From 06/2020   To 10/2023 |
| Name | |
| Street | |
| 8400 E. Prentice Ave., Ste. 1500 | |
| Greenwood Village                CO              80111 | |
| City                             State           ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____   To _____ |
| Name | |
| Street | |
| City                             State           ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____   To _____ |
| Name | |
| Street | |
| City                             State           ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____   To _____ |
| Name | |
| Street | |
| City                             State           ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name | |
| Street | |
| City                             State           ZIP Code | |

Debtor   Mastino Management, Inc.
         _____         Case number (if known)_____
         Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2 | | | |
| Name | | | _____ |
| | | | _____ |
| Street | | | _____ |
| City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | | |
|---|---|---|
| 26d.1 | | |
| Name | | |
| Street | | |
| City | State | ZIP Code |

| Name and address | | |
|---|---|---|
| 26d.2 | | |
| Name | | |
| Street | | |
| City | State | ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 | | |
| Name | | |
| Street | | |
| City | State | ZIP Code |

| Debtor | Mastino Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

**Name and address of the person who has possession of inventory records**

27.2.

| | |
|---|---|
| Name | |
| Street | |
| | |
| City | State        ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rick Bacon | 7016 S. Patsburg Way, Aurora, CO 80016 | Partner | 51% |
| Kimberly Bacon | 7016 S. Patsburg Way, Aurora, CO 80016 | Partner | 49% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | | | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|---|
| 30.1. | Rick Bacon | | $6,000 Monthly Distribution | 05/2023 - Current | Distribution |
| | Name | | | | |
| | 7016 S. Patsburg Way | | | | |
| | Street | | | | |
| | Aurora | CO        80016 | | | |
| | City | State      ZIP Code | | | |
| | Relationship to debtor | | | | |
| | Owner/Operator | | | | |

Debtor    Mastino Management, Inc.                          Case number (if known) _____
          _____
          Name

| Name and address of recipient | | $ | | 05/2023 - Current | Salary |
|---|---|---|---|---|---|

30.2    Kimberly Bacon
        Name
        7016 S. Patsburg Way
        Street

        Aurora              CO          80016                                    _____
        City                State       ZIP Code

        Relationship to debtor
        Owner/Operator                                                          _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/15/2024
              MM / DD / YYYY

✗ _Rick L. Bacon_                              Printed name   Rick L. Bacon
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Owner

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name    Mastino Management, Inc.

United States Bankruptcy Court for the:_____    District of   Colorado
                                                                        (State)

Case number (If known):    _____

☐ Check if this is an
  amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..........................................................................    $ _____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ..........................................................................    $ 192,878.85

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..........................................................................    $ 192,878.85

---

**Part 2:**   **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................    $ 9,420.92

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................    + $ 2,881,208.98

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                                                                                            $ 2,890,629.90

**Fill in this information to identify the case:**

Debtor name  Mastino Management, Inc.

United States Bankruptcy Court for the: _____ District of Colorado
                                                                    (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Community Banks of Colorado | Checking | 3  0  1  5 | $ 1,978.85 |
| 3.2. | | | $_____ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____  $_____
7.2. _____  $_____

Debtor     Mastino Management, Inc.                                     Case number (if known)
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____     $_____

   8.2. _____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                   $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                       **Current value of debtor's
                                                                       interest**

11. **Accounts receivable**

    11a. 90 days old or less:   30,300          –  _____  = ⟶   $ 30,300
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____     –  _____  = ⟶   $_____
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 30,300

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    **Valuation method          Current value of debtor's
                                                    used for current value       interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____     $_____

    14.2. _____  _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. _____  _____%   _____     $_____

    15.2. _____  _____%   _____     $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____  _____     $_____

    16.2. _____  _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                 $_____

---

Debtor   **Mastino Management, Inc.**
         Name

Case number (if known)_____

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20.  Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21.  Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22.  Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29.  Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31.  Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Mastino Management, Inc.
         Name

Case number *(if known)* _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> Desks, tables, chairs, conference rooms | $ 56,000 | purchase price | $ 56,000 |
| **40. Office fixtures** <br> refrigerators | $ 4,500.00 | purchase price | $ 4,500 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> laptops, desktops, monitors, scanners, printers, copiers, server, phones | $ 41,100 | purchase price | $ 41,100 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 holiday decor and marketing signage | $ 5,000 | purchase price | $ 5,000 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 106,600

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor   **Mastino Management, Inc.**
         Name

Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2020 Lincoln Navigator, 5LMJJ2LT3LEL04104 | $60,000 | KBB | $49,000 |
| 47.2 2014 Ford Explorer, 1FM5K8D80EGA13890 | $5,000 | KBB | $5,000 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $54,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor  Mastino Management, Inc.
_____
Name

Case number (if known) _____

---

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor  Mastino Management, Inc.
_____
Name

Case number (if known)_____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☐ No
- ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. Notes receivable
Description (include name of obligor)

_____  —  _____  = ➜  $_____
                                    Total face amount    doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. Interests in insurance policies or annuities

                                                                          $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)

                                                                          $_____

Nature of claim     _____

Amount requested    $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

                                                                          $_____

Nature of claim     _____

Amount requested    $_____

76. Trusts, equitable or future interests in property

_____

                                                                          $_____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership

_____   $_____
_____   $_____

78. Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.

                                                                          $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

| Debtor | Mastino Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 1,978.85 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 30,300 | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 106,600 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 54,000 | |
| 88. Real property. *Copy line 56, Part 9.* ............................... ➜ | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................... 91a. | $ 192,878.85 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... $ 192,878.85

Fill in this information to identify the case:

Debtor name __Mastino Management, Inc.__

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
| --- | --- | --- |
| Lincoln Automotive Financial Svcs | 2020 Lincoln Navigator | $ 9,420.92    $ 60,000 |

**Creditor's mailing address**
P.O. Box35910
Cleveland, OH 44135

**Describe the lien**
Auto loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**   1 _ 7 _ 8 _ 8

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
| --- | --- | --- |
| | | $_____    $_____ |

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 9,420.92 _____

| Debtor | Mastino Management, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**Part 1:** **Additional Page**

|  | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|--|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____ $_____ $_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2._** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____ $_____ $_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Debtor | Mastino Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Mastino Management, Inc. |
| United States Bankruptcy Court for the: | District of Colorado |
| | (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Mastino Management, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**Part 1.**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor _____   Case number (if known) _____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                         **Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
Forward Financing

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$ 27,385.50**

Basis for the claim: Loan

Date or dates debt was incurred     02/14/2024
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
Headway Capital

175 W. Jackson Blvd, Ste 1000

Chicago, IL 60604

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$ 71,733.50**

Basis for the claim: Loan

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
Traditions Filings 1-7 Master Assoc

C/O Lisa Marks

40 Inverness Dr. East, Englewood, CO 80112

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$ 2,782,089.98**

Basis for the claim: Judgment

Date or dates debt was incurred     04/10/2024
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ _____**

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ _____**

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ _____**

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor  **Mastino Management, Inc.**
Name

Case number *(if known)* _____

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Mastino Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____   ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____     Case number (if known)_____
              Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |  |
| 5b **Total claims from Part 2** | 5b. | **+** $ 2,881,208.98 |  |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,881,208.98 |  |

**Fill in this information to identify the case:**

Debtor name   Mastino Management, Inc.

United States Bankruptcy Court for the: _____ District of   **Colorado**
                                             (State)

Case number (if known): _____ Chapter   **11**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office rental to run business | Villages at Parker |
| | | | 10450 S. Progress Way, Unit 100 |
| | State the term remaining | 11 Months | Parker, CO 80134 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____   Case number (if known) _____
                Name

▇ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Kimberly M Bacon | 7016 S Patsburg Way<br>Street<br><br>Aurora   CO   80016<br>City   State   ZIP Code | Traditions Filings 1-7  Management | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number (if known) _____
              Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code

2.___  _____   Street _____   _____   ☐ D
                                                                      ☐ E/F
                     _____                        ☐ G
                     City        State      ZIP Code